**Order entered April 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00852-CR**
**No. 05-18-00853-CR**

**TYRAN DARNELLE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 30121, 30122**

## ORDER

By order entered February 20, 2019, the Court directed appellant's counsel, Peter I. Morgan, to send appellant copies of the clerk's and reporter's records and to provide this Court within fifteen days with written verification that the records had been sent to appellant. To date, the Court has not received counsel's verification.

We **ORDER** Peter I. Morgan to send appellant copies of the clerk's and reporter's records if he has not already done so and to file with this Court by **April 12, 2019**, a letter verifying that the records have been sent to appellant. If the Court does not receive verification from counsel, we will abate this case to the trial court for a hearing to determine whether appellant has been given the necessary access to the record.

We **EXTEND** the time to file appellant's pro se response to the *Anders* brief to **May 3, 2019**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District; and to counsel for the parties.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Tyran Darnelle Wilson; TDCJ No. 02212651; Wallace Unit; 1675 South FM 3525; Colorado City, Texas 79512.

/s/    BILL PEDERSEN, III
       JUSTICE